IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division



ROBERT ALLEN LAWRENCE,

    Petitioner,

v.                                                ACTION NO. 2:16-cv-235

HAROLD W. CLARKE, Director,
Virginia Department of Corrections,

    Respondent.

## FINAL ORDER

Before the Court is a petition for a writ of habeas corpus (ECF No. 1) filed pursuant to 28 U.S.C. § 2254, and the Respondent's motion to dismiss (ECF No. 5). On June 23, 2014, the New Kent County Circuit Court found Petitioner was in violation of his probation stemming from a conviction on September 18, 2006, for unlawful filming of a minor, production of child pornography, and contributing to the delinquency of a minor in the New Kent County Circuit Court. Petitioner was sentenced to serve three years of his suspended sentence for revocation of probation.[1]

The matter was referred for disposition to a United States Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(B)-(C), Federal Rule of Civil Procedure 72(b), Local Civil Rule 72, and the April 2, 2002 Standing Order on Assignment of Certain Matters to United States Magistrate Judges. In a Report and Recommendation entered on December 14, 2016 (ECF No. 11), the Magistrate Judge recommended the motion to dismiss be granted, and the Petition be denied and dismissed with prejudice. The parties were advised of their right to file written objections to the

---

[1] Petitioner was originally sentenced to fifteen years in jail with fourteen years and six months suspended and a twelve month jail sentence with all twelve months suspended, for his September 18, 2006 conviction.

Report and Recommendation. Neither the Petitioner nor the Respondent filed objections with the Court.

Having reviewed the record and having heard no objection, the Court agrees with the Report and Recommendation on the grounds stated by the Magistrate Judge and **ADOPTS** and **APPROVES** the Report and Recommendation (ECF No. 11) in its entirety as the Court's own opinion. Accordingly, the Respondent's motion to dismiss (ECF No. 5) is **GRANTED**, and the Petition (ECF No. 1) is **DENIED** and **DISMISSED WITH PREJUDICE**. It is **ORDERED** that judgment be entered in favor of the Respondent.

The Petitioner is hereby notified that he may appeal from the judgment entered pursuant to this Final Order by filing a *written* notice of appeal with the Clerk of the Court at the Walter E. Hoffman United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510, within thirty (30) days from the date judgment is entered. Because the Petitioner has failed to demonstrate a substantial showing of the denial of a constitutional right pursuant to 28 U.S.C. § 2253(c) and Federal Rule of Appellate Procedure 22(b)(1), the Court declines to issue a certificate of appealability. *See Miller-El v. Cockrell*, 537 U.S. 322, 335-36 (2003).

The Clerk is **DIRECTED** to forward a copy of this Order to the Petitioner and counsel of record for the Respondent.

It is so **ORDERED**.

/s/
Arenda L. Wright Allen
United States District Judge

Arenda L. Wright Allen
United States District Judge

Norfolk, Virginia
Date: 1.20.17